1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   EDUARDO CANELA-URIOLES
6

7

8                    IN THE UNITED STATES DISTRCIT COURT

9                  FOR THE EASTERN DISTRCIT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 2:13-CR-358 TLN
                                       )
12                 Plaintiff,          )   STIPULATION AND ORDER
                                       )   TO CONTINUE STATUS CONFERENCE
13       v.                            )
                                       )
14  EDUARDO CANELA-URIOLES,            )   DATE:  February 13, 2014
                                       )   TIME:     9:30 AM
15                 Defendant.          )   JUDGE: Hon. Troy L. Nunley
                                       )
16  _____  )

17

18        The parties request that the status conference in this case be continued from Thursday,

19  January 23, 2014, to Thursday, February 13, 2014 at 9:30 a.m.   They stipulate that the time

20  between January 23, 2013 and February 13, 2014 should be excluded from the calculation of

21  time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the

22  Court excluding such time, so that counsel for the defendant may have reasonable time necessary

23  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

24  §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

25        Specifically, defense counsel needs additional time to investigate the facts of the case,

26  review discovery with client, and to negotiate a resolution to this matter. The parties stipulate

27  and agree that the interests of justice served by granting this continuance outweigh the best

28

                                        -1-

1    interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)

2    [reasonable time for counsel to prepare] (Local Code T4).

3    Dated:  January 16, 2014                          Respectfully submitted,

4                                                      HEATHER E. WILLIAMS
                                                       Federal Defender
5
                                                       */s/ Benjamin Galloway*
6                                                      BENJAMIN GALLOWAY
                                                       Assistant Federal Defender
7                                                      Attorney for Defendant
                                                       EDUARDO CANELA-URIOLES
8

9

10   Dated:  January 16, 2014                          BENJAMIN B. WAGNER
                                                       United States Attorney
11
                                                       */s/ Nirav Desai*
12                                                     NIRAV DESAI
                                                       Assistant United States Attorney
13                                                     Attorney for Plaintiff

14                                          **ORDER**

15       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16   status conference presently set for January 23, 2014, be continued to February 13, 2014, at 9:30

17   a.m. Based on the representation of counsel and good cause appearing therefrom, the Court

18   hereby finds that the ends of justice to be served by granting a continuance outweigh the best

19   interests of the public and the defendant in a speedy trial.  It is ordered that time from January

20   23, 2014, to and including, the February 13, 2014, status conference shall be excluded from

21   computation of time within which the trial of this matter must be commenced under the Speedy

22   Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to

23   prepare] (Local Code T4)

24   IT IS SO ORDERED.

25   Dated: January 17, 2014

26

27   _____
     Troy L. Nunley
     United States District Judge
28