HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
EDUARDO CANELA-URIOLES

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-358 TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| EDUARDO CANELA-URIOLES, | ) ) | DATE: February 20, 2014 TIME:  9:30 AM |
| Defendant. | ) ) ) | JUDGE: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from Thursday, February 13, 2014, to Thursday, February 20, 2014 at 9:30 a.m.  They stipulate that the time between February 13, 2014 and February 20, 2014 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case, review discovery with client, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated:  February 6, 2014                         Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Benjamin Galloway*
                                                 BENJAMIN GALLOWAY
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 EDUARDO CANELA-URIOLES


Dated:  February 6, 2014                         BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Nirav Desai*
                                                 NIRAV DESAI
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 13, 2014, be continued to February 20, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from February 13, 2014, to and including, the February 20, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: February 7, 2014

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge

-2-