1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    BENJAMIN D. GALLOWAY, #214897
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     EDUARDO CANELA-URIOLES
6

7

8                    IN THE UNITED STATES DISTRCIT COURT

9                   FOR THE EASTERN DISTRCIT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO. 2:13-CR-358 TLN
                                       )
12                Plaintiff,           )   STIPULATION AND ORDER
                                       )   TO CONTINUE STATUS CONFERENCE
13       v.                            )
                                       )
14   EDUARDO CANELA-URIOLES,           )   DATE:   March 27, 2014
                                       )   TIME:   9:30 AM
15                Defendant.           )   JUDGE: Hon. Troy L. Nunley
                                       )
16   _____   )

17

18           The parties request that the status conference in this case be continued from Thursday,

19   February 20, 2014, to Thursday, March 27, 2014 at 9:30 a.m.  They stipulate that the time

20   between February 20, 2014 and March 27, 2014 should be excluded from the calculation of time

21   under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court

22   excluding such time, so that counsel for the defendant may have reasonable time necessary for

23   effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

24   §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

25           Specifically, defense counsel needs additional time to investigate the facts of the case,

26   review discovery with client, and to negotiate a resolution to this matter. The parties stipulate

27   and agree that the interests of justice served by granting this continuance outweigh the best

28

                                            -1-

1   interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)

2   [reasonable time for counsel to prepare] (Local Code T4).

3   Dated:  February 14, 2014                     Respectfully submitted,

4                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
5
                                                  /s/ Benjamin Galloway
6                                                 BENJAMIN GALLOWAY
                                                  Assistant Federal Defender
7                                                 Attorney for Defendant
                                                  EDUARDO CANELA-URIOLES
8

9
    Dated:  February 14, 2014                     BENJAMIN B. WAGNER
10                                                United States Attorney

11                                                /s/ Nirav Desai
                                                  NIRAV DESAI
12                                                Assistant United States Attorney
                                                  Attorney for Plaintiff
13
                              **ORDER**
14

15           UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16   status conference presently set for February 20, 2014, be continued to March 27, 2014, at 9:30

17   a.m. Based on the representation of counsel and good cause appearing therefrom, the Court

18   hereby finds that the ends of justice to be served by granting a continuance outweigh the best

19   interests of the public and the defendant in a speedy trial.  It is ordered that time from February

20   20, 2014, to and including, the March 27, 2014, status conference shall be excluded from

21   computation of time within which the trial of this matter must be commenced under the Speedy

22   Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to

23   prepare] (Local Code T4).

24   IT IS SO ORDERED.

25   Dated: February 14, 2014

26

27                                  _____
                                    Troy L. Nunley
28                                  United States District Judge